Jennifer Rust Murray, OSB #100389
Email: jmurray@terrellmarshall.com
Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Frank S. Hedin, *Admitted Pro Hac Vice*
Email: fhedin@hedinhall.com
David W. Hall
Email: dhall@hedinhall.com
HEDIN HALL LLP
1395 Brickell Ave, Ste. 900
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

*Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMANDA LUNDBOM, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>SCHWAN'S HOME SERVICE, INC.; and SCHWAN'S COMPANY,<br><br>            Defendants. | NO. 3:18-cv-02187-SI<br><br>**DECLARATION OF FRANK S. HEDIN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' AFFIRMATIVE "EXPRESS WRITTEN CONSENT" DEFENSE TO PLAINTIFF'S FIRST CLAIM FOR RELIEF**<br><br>Honorable Michael H. Simon<br><br><u>CLASS ACTION</u> |

I, Frank S. Hedin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am one of the attorneys of record for plaintiff Amanda Lundbom and the proposed class in this action, and I submit this declaration in support of plaintiff's Motion for Summary Judgment on Defendant's "Express Written Consent" Defense to Plaintiff's First Claim for Relief;

2. Attached as Exhibit "A" hereto is a true and correct copy of the transcript of the June 6, 2019 deposition of Amanda M. Lundbom and accompanying exhibits.

3. Attached as Exhibit "B" hereto is a true and correct copy of the transcript of the June 12, 2019 deposition of Maggie Pearthree, corporate representative for Defendants Schwan's Home Service, Inc. and Schwan's Company, and accompanying exhibits.

4. Attached as Exhibit "C" hereto is a true and correct copy of the transcript of the June 12, 2019 deposition of Paul Griebel, corporate representative for Defendants Schwan's Home Service, Inc. and Schwan's Company, and accompanying exhibits.

5. Attached as Exhibit "D" hereto is a true and correct photograph I took of a page from the account registration flow on Defendants' Schwans.com website, accessible at https://www.schwans.com/account/?mode=create&from=rewards, on August 2, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of August, 2019 at Miami, Florida.

                                            /s/ Frank S. Hedin
                                              Frank S. Hedin