# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **AMANDA LUNDBOM**, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**SCHWAN'S HOME SERVICE, INC.**; and **SCHWAN'S COMPANY**,<br><br>　Defendants. | Case No. 3:18-cv-02187-IM<br><br>**JUDGMENT** |

　　　Based on the Court's Opinion and Order, **IT IS ADJUDGED** that Plaintiff's complaint is dismissed with prejudice.

　　　DATED this 26th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　　Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge