Jennifer Rust Murray, OSB #100389
Email: jmurray@terrellmarshall.com
Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Adrienne D. McEntee
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Frank S. Hedin, *Admitted Pro Hac Vice*
Email: fhedin@hedinhall.com
David W. Hall
Email: dhall@hedinhall.com
HEDIN HALL LLP
1395 Brickell Ave, Ste. 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

*Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AMANDA LUNDBOM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAN'S HOME SERVICE, INC.; and SCHWAN'S COMPANY,<br><br>Defendants. | NO. 3:18-cv-02187-SI<br><br>**PLAINTIFF'S NOTICE OF APPEAL**<br><br><u>CLASS ACTION</u> |

NOTICE IS HEREBY GIVEN that Plaintiff Amanda Lundbom appeals to the United States Court of Appeals for the Ninth Circuit from the Opinion and Order (ECF No. 79) and Judgment (ECF No. 80) entered by the district court on May 26, 2020, dismissing this action with prejudice, and from all interlocutory orders, decisions, determinations, and conclusions, whether written or oral, issued prior to the Court's Opinion and Order and Judgment.

RESPECTFULLY SUBMITTED AND DATED this 29th day of May, 2020.

HEDIN HALL LLP

By:  /s/ Frank S. Hedin, *Admitted Pro Hac Vice*
Frank S. Hedin, *Admitted Pro Hac Vice*
Email: fhedin@hedinhall.com
David Hall
Email: dhall@hedinhall.com
1395 Brickell Avenue, Ste 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, OSB #100389
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Putative Class*

CERTIFICATE OF SERVICE

      I, Frank S. Hedin, hereby certify that on May 29, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

Dated: May 29, 2020                      By: /s/ Frank S. Hedin (*pro hac vice*)
                                                          Frank S. Hedin
                                                          *Attorney for Plaintiff*