FILED

OCT 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMANDA LUNDBOM, individually and on behalf of all others similarly situated,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>SCHWAN'S HOME SERVICE, INC.; SCHWAN'S COMPANY,<br><br>Defendants-Appellees. | No. 20-35480<br><br>D.C. No. 3:18-cv-02187-IM<br>District of Oregon,<br>Portland<br><br>ORDER |

Pursuant to the stipulation of the parties (docket entry no. 19), this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). As stated in the stipulation, each side shall bear its own costs and fees on appeal. A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Lynn Warton
Deputy Clerk

10/13/20